UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
CAROLE PLOEGER,
              Plaintiff,                            Civ. 07-7268

v.                                                  MOTION TO ADMIT COUNSEL

LOUIS PUBLIC COMPANY LIMITED              PRO HAC VICE
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
              Defendants.
------------------------------------------------------X

       Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jordan D. Becker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Allen, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA   02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

       Jeffrey P. Allen is a member in good standing of the Bar of the Commonwealth of Massachusetts.



There are no pending disciplinary proceedings against Jeffrey P. Allen in any State or Federal court.

Dated: November 1, 2007
New York, NY

                              Respectfully submitted,

By: _____
      Jordan D. Becker, Esquire
      SDNY Bar Number: JB-3636
      PADUANO & WEINTRAUB, LLP
      1251 Avenue of the Americas
      Ninth Floor
      New York, NY 10020
      (212) 785-9100

      Attorney for Defendant,
      EF Institute for Cultural Exchange, Inc.
      d/b/a EF Educational Tours

324871.1.439701.8000