UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

CAROLE PLOEGER,

          Plaintiff,

   v.

LOUIS PUBLIC COMPANY LIMITED
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,

          Defendants.

------------------------------------------------------X

Civ. 07-7268

MOTION TO ADMIT COUNSEL

PRO HAC VICE

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jordan D. Becker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Susan Donaldson Novins, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA 02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

      Susan Donaldson Novins is a member in good standing of the Bar of the Commonwealth of Massachusetts.



There are no pending disciplinary proceedings against Susan Donaldson Novins in any State or Federal court.

Dated: November 1, 2007
New York, NY

                                      Respectfully submitted,

By: _____
            Jordan D. Becker, Esquire
            SDNY Bar Number: JB-3636
            PADUANO & WEINTRAUB, LLP
            1251 Avenue of the Americas
            Ninth Floor
            New York, NY 10020
            (212) 785-9100

            Attorney for Defendant,
            EF Institute for Cultural Exchange, Inc.
            d/b/a EF Educational Tours

324874.1.439701.8000