UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

CAROLE PLOEGER,

                              Plaintiff,                                    07 Civ. 7268 (WCC)

              v.

LOUIS PUBLIC COMPANY LIMITED                DEFENDANT EF INSTITUTE FOR
and E.F. INSTITUTE FOR CULTURAL              CULTURAL EXCHANGE, INC.'S
EXCHANGE, INC.,                                       RULE 7.1 DISCLOSURE STATEMENT
d/b/a EF EDUCATIONAL TOURS,
                              Defendants.

------------------------------------------------------X

          Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF

Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that

there is no parent corporation or any publicly held corporation that owns 10% or more of

the stock of EF.

Dated: New York, New York
          November 9, 2007

                              PADUANO & WEINTRAUB, LLP

                              By: _____
                                   Jordan D. Becker, Esquire
                                   1251 Avenue of the Americas
                                   Ninth Floor
                                   New York, New York  10020
                                   (212) 785-9100

                                   Attorneys for Defendant,
                                   EF Institute for Cultural Exchange, Inc.
                                   d/b/a EF Educational Tours

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA   02481
(781) 237-4400

327061.1.439701.8000