UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

-------------------------------------------------------X
CAROLE PLOEGER,
      Plaintiff,      Civ. 07-7268 (WCC)

  v.             ECF CASE

LOUIS PUBLIC COMPANY LIMITED  ORDER FOR ADMISSION
and E.F. INSTITUTE FOR CULTURAL  PRO HAC VICE
EXCHANGE, INC.,        ON WRITTEN MOTION
d/b/a EF EDUCATIONAL TOURS,
      Defendants.
-------------------------------------------------------X

  Upon the motion of Jordan D. Becker, attorney for defendant, E.F. Institute for Cultural Exchange, Inc., d/b/a EF Educational Tours, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Susan Donaldson Novins, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA   02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

is admitted to practice pro hac vice as counsel for defendant, E.F. Institute for Cultural Exchange, Inc., d/b/a EF Educational Tours, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

COPIES MAILED TO COUNSEL OF RECORD 11/13/07

- 2 -

(ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

✓SO ORDERED:

Dated: White Plains, NY
November 13, 2007

*William C. Conner*
United States District/~~Magistrate~~ Judge
William C. Conner, Sr. U.S.D.J

324875.1.439701.8000